Capnoni, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MATTHEW SCIABACUCCHI, On Behalf of
Himself and All Others Similarly Situated,      :

                              Plaintiff,      :

      - against -      :

PATHEON N.V., PAUL S. LEVY, JAMES C.      :
MULLEN, DANIEL AGROSKIN, PHILIP
EYKERMAN, WILLIAM B. HAYES,      :
STEPHAN B. TANDA, HUGH C. WELSH,
HANS PETER HASLER, PAMELA DALEY,      :
JEFFREY P. MCMULLEN, GARY P.
PISANO, THERMO FISHER SCIENTIFIC      :
INC., and THERMO FISHER (CN)
LUXEMBOURG S.A. R.L.,      :

                             Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2017

Case No. 1:17-cv-04657-VEC

**STIPULATION AND ORDER CONCERNING PLAINTIFF'S
<u>VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE</u>**

      **WHEREAS**, on May 15, 2017, Patheon N.V. ("Patheon") and Thermo Fisher Scientific Inc. ("Thermo Fisher") announced that they had entered into an agreement and plan of merger (the "Merger Agreement"), whereby Patheon would be acquired by Thermo Fisher through its wholly-owned subsidiary, Thermo Fisher (CN) Luxembourg S.à r.l. ("Purchaser") (the "Proposed Transaction"). Pursuant to the terms of the Merger Agreement, Purchaser commenced a tender offer, scheduled to expire on August 10, 2017, to purchase all of the issue and outstanding shares of Patheon common stock for $35.00 per share (the "Tender Offer");

**WHEREAS**, on May 31, 2017, Patheon filed a Schedule 14D-9 Solicitation/Recommendation Statement (the "Recommendation Statement") with the United States Securities and Exchange Commission ("SEC") in connection with the Proposed Transaction;

**WHEREAS**, on June 19, 2017, plaintiff Irwin Phillips filed a putative class action lawsuit on behalf of himself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Phillips v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04604-VEC;

**WHEREAS**, on June 20, 2017, plaintiff Matthew Sciabacucchi filed a putative class action lawsuit on behalf of himself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Exchange Act and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Sciabacucchi v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04657-VEC;

**WHEREAS**, on June 22, 2017, plaintiff Stephen Bushansky filed a putative class action lawsuit on behalf of himself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Exchange Act and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Bushansky v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04758-VEC;

**WHEREAS**, on June 30, 2017, plaintiff Di Ma filed a putative class action lawsuit on behalf of herself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Exchange Act and challenging the

sufficiency of the disclosures made in the Recommendation Statement, captioned: *Ma v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04979-VEC;

**WHEREAS**, as a result of discussions between and among the plaintiffs ("Plaintiffs") and the defendants ("Defendants") (collectively, the "Parties") in each of the above-referenced actions (the "Actions"), it is agreed that, in consideration for the dismissal with prejudice of Plaintiffs' individual claims and the dismissal without prejudice of the claims asserted on behalf of the purported class of Patheon stockholders in the Actions, Patheon filed an amendment to the Recommendation Statement containing supplemental disclosures with the SEC on July 20, 2017 (the "Supplemental Disclosures"). The Defendants do not believe the Supplemental Disclosures are material or required by law, and fully deny any violation of law or of any duty of any kind and expressly maintain that they diligently complied with any applicable law or duty. Without admitting any wrongdoing or conceding that the Actions have any merit, Defendants acknowledge that the prosecution of the Actions and discussions with counsel for Plaintiffs were the cause of the decision to make the Supplemental Disclosures. The Supplemental Disclosures were issued in order to alleviate the costs, risks and uncertainties inherent in litigation and to provide additional information to Patheon's shareholders;

**WHEREAS**, plaintiff Sciabacucchi agrees that as a result of the Supplemental Disclosures the disclosure issues related to the Recommendation Statement identified in his complaint have become moot;

**WHEREAS**, no compensation in any form has passed to Plaintiffs or their counsel and no promise, understanding, or agreement to give any compensation has been made; and

**WHEREAS**, no class has been certified in any of the Actions;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. Plaintiff Sciabacucchi shall not attempt to enjoin, prevent or disrupt the close of the Tender Offer or the Proposed Transaction in any way;

2. The above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice as to plaintiff Sciabacucchi and without prejudice as to the other members of the putative class; and

3. Any disputed claim for attorneys' fees or expenses will be jointly made by all counsel for the Plaintiffs in the Actions, and filed in the action captioned *Phillips v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04604-VEC.

Dated: July 20, 2017

_____
Timothy J. MacFall
RIGRODSKY & LONG, P.A.
825 East Gate Boulevard, Suite 300
Garden city, NY 11530
Tel.:   (516) 683-3516

Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.:   (302) 295-5310

*Attorneys for Plaintiff*

OF COUNSEL:

RM LAW, P.C.
Richard A. Maniskas
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
Tel.:   (484) 324-6800

_____
Robert A. Fumerton
Jay B. Kasner
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.:   (212) 735-3000
Fax:   (212) 735-2000

*Attorney for Defendants Patheon, N.V., Paul S. Levy, James C. Mullen, Daniel Agroskin, Hugh Welsh, Philip Eykerman, Gary Pisano, Pamela Daley, Jeffrey P. McMullen, William B. Hayes, Hans Peter Hasler and Stephan B. Tanda*

_____
S. Christopher Szczerban
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Tel.:   (212) 403-1000

*Attorney for Defendants Thermo Fisher Scientific Inc. and Thermo Fisher (CN) Luxembourg S.à r.l.*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED this  21st  day of   July   , 2017

_____
Honorable Valerie E. Caproni
United States District Judge

5